UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SRINIVAS GINJUPALLI,<br><br>        Plaintiff,<br><br>-against-<br><br>CHAMELEON FINANCE; LAKSHMIFINANCE CENTER; SUMMIT FUSIONLLC; ELIZIR CO., LIMITED; LUXURYCOLLECTION INC; and DOES 1–100,<br><br>        Defendants. | Case No. 1: 25-cv-08633 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record during the October 23, 2025 conference, Plaintiff's motion for a Temporary Restraining Order at Dkt. 3 is DENIED. Plaintiff's motion at Dkt. 10 to seal Exhibits 1-6, and 10 is GRANTED.

Furthermore, Plaintiff is HEREBY ORDERED to show cause by **October 30, 2025** why his complaint should not be dismissed for lack of subject matter jurisdiction.

The Clerk of the Court is respectfully directed to terminate the motions at Dkts. 3, 10.

Dated: October 23, 2025
   New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge