IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SRINIVAS GINJUPALLI,<br><br>   *Plaintiff,*<br><br>vs.<br><br>CHAMELEON FINANCE, LAKSHMI FINANCE CENTER; SUMMIT FUSION LLC; ELIZIER CO., LIMITED; LUXURY COLLECTION INC; and DOES 1–100,<br><br>   *Defendants.* | Case No. 1:25-cv-08633 |

## NOTICE OF VOLUNTARY DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Srinivas Ginjupalli notifies the Court and the Clerk of Court that he is voluntarily dismissing this civil action without prejudice. Because no party has served an answer or a motion for summary judgment, this civil action is now dismissed without need for an order from the court.

Dated: October 28, 2025

**SBAITI & COMPANY PLLC**

*/s/ George M. Padis*
**Mazin A. Sbaiti**
New York Bar No. 4339057
**George M. Padis** (Admitted *Pro Hac Vice*)
Texas Bar No. 24088173
**Griffin S. Rubin** (Admitted *Pro Hac Vice*)
Texas Bar No. 24121809
2200 Ross Avenue, Suite 4900W
Dallas, TX 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com
   george.padis@sbaitilaw.com
   gsr@sbaitilaw.com

**Counsel for Srinivas Ginjupalli**